# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 2:14-cr-00388-JCM-GWF |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHANIE LIANE MARKHAM, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Based on the Government's Unopposed Motion to Continue Defendant's Initial Appearance. IT IS HEREBY ORDERED that the Defendant's Initial Appearance scheduled for January 7, 2~~014~~ 2015 is CONTINUED to January 21, ~~2014~~ 2015.

IT IS SO ORDERED.

Dated: January 2, 2105

_____
UNITED STATES MAGISTRATE JUDGE

1