CHARLES LA BELLA
Deputy Chief
THOMAS B. W. HALL
ALISON L. ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:14CR388-JCM-GWF |
| ) | |
| v. ) | |
| ) | **GOVERNMENT'S UNOPPOSED** |
| ) | **MOTION TO GRANT DEFENSE** |
| STEPHANIE LIANE MARKHAM, ) | **COUNSEL ACCESS TO** |
| ) | **RELATED DISCOVERY** |
| Defendant. ) | |
| ) | |

The United States respectfully moves to grant defense counsel in this case, Mark B. Bailus, access to the discovery that the Government has provided in the related case, *United States v. Benzer, et al*, Case No. 2:13-cr-18-JCM-GWF, by granting defense counsel access via the process provided by Russell M Aoki, Coordinating Discovery Attorney, in that case.

Although the Government has separately produced discovery that is directly relevant (or the "hot docs") to the above captioned case and defendant, the materials produced in the *Benzer* case are also relevant to the charges that the Defendant faces. To separately produce these materials outside of Mr. Aoki's system would be onerous on both the Government and defense counsel, who is appointed in this case.

DATED this 26th day of January, 2015.

1
2
3    WILLIAM STELLMACH
     Acting Chief, U.S. Department of Justice
4    Fraud Section, Criminal Division

5
     */s/ Alison L. Anderson*
6    ALISON L. ANDERSON
     Trial Attorney, U.S. Dept. of Justice
7    Criminal Division, Fraud Section

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:14CR388-JCM-GWF |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| STEPHANIE LIANE MARKHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: January 26, 2015

                                                            WILLIAM STELLMACH
                                                            Acting Chief, U.S. Department of Justice
                                                            Fraud Section, Criminal Division

                                                            */s/ Alison L. Anderson*
                                                            ALISON L. ANDERSON
                                                            Trial Attorney, U.S. Dept. of Justice
                                                            Criminal Division, Fraud Section

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:14CR388-JCM-GWF |
| v. ) | |
| STEPHANIE LIANE MARKHAM, ) | |
| Defendant. ) | |

### ~~[PROPOSED]~~ ORDER

Based on the Government's Unopposed Motion to Grant Defense Counsel Access to Related Discovery (Doc. No. 13), it is hereby ORDERED that Mark B. Bailus, counsel for Defendant Stephanie Liane Markham, be granted access to Russell M. Aoki's system containing the discovery materials provided by the Government in the related case, *United States v. Benzer, et al*, Case No. 2:13-cr-18-JCM-GWF.

IT IS SO ORDERED this  27th  day of  January,  2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge