THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHANIE LIANE MARKHAM,<br><br>　　　　　　　　　Defendant. | 2:14-cr-00388-JCM-GWF<br><br>MINUTES OF THE COURT<br><br>DATED: September 28, 2015 |

THE HONORABLE JAMES C. MAHAN, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich     COURT REPORTER: Kathy Eismann

COUNSEL FOR PLAINTIFF: Thomas Hall, Alison Anderson, and Agent Michael Elliott (FBI)

COUNSEL FOR DEFENDANT: Robert Langford

MINUTES OF PROCEEDINGS: Jury Trial (Day 1)

8:16 a.m.  The Court convenes in the presence of forty eight (48) prospective jurors.  The prospective jurors are sworn and voir dire commences.

10:45 a.m.  The prospective jurors are excused for a morning break.  The Court stands at recess.

11:00 a.m.  The Court reconvenes in the presence of the prospective jurors.  Voir dire resumes.  Counsel exercise their peremptory challenges. The Court excuses the unselected jurors.

11:35 p.m.  The selected jury is sworn.  Opening statements are presented by Ms. Anderson on behalf of the government.  Opening statements are presented by Mr. Langford on behalf of Ms. Markham.

12:04 p.m.  The jury is admonished and excused for lunch. The Court stands at recess.

1:34 p.m.  The Court reconvenes outside the presence of the jury. The Court grants Motion in Limine to Exclude Witness' Prior Convictions (ECF. No. 55).  The parties request that the indictment be allowed to be provided to the jury and the Court grants the request.

1:39 p.m. The Court convenes in the presence of the jury. Witness **JOSEPH DICKEY** is called on behalf of the government and is sworn. Direct examination conducted by Ms. Anderson and cross examination conducted by Mr. Langford.  Witness **JOSEPH DICKEY** is excused.

2:00 p.m. Witness **ANTHONY ROY WILSON** called on behalf of the government and sworn. Direct examination conducted by Mr. Hall.  **Exhibits 2, 302, and 350-352** marked and admitted in evidence.

2:50 p.m. The jury is admonished and excused for an afternoon break.  The Court stands at recess.

3:05 p.m. The Court reconvenes in the presence of the jury.  The Court questions the jurors about whether or not knowledge regarding the Leon Benzer matter will affect their impartiality.  There being no affirmative responses, the trial commences.

3:08 p.m. Witness **ANTHONY ROY WILSON**, still under oath, recalled to the stand.  **Exhibits 3-4, 114-119, 123-128, 131, 133, 135, 138-140** marked and admitted in evidence.  Mr. Langford conducts cross-examination of **ANTHONY ROY WILSON**.  Mr. Hall conducts redirect examination of witness.  **Exhibit 405** marked and admitted in evidence. Witness **ANTHONY ROY WILSON** is excused.

4:34 p.m. Witness **MICHAEL ELLIOTT** is called on behalf of the government and is sworn.  Mr. Hall conducts direct examination.

4:48 p.m.  The jury is admonished and excused for the evening. The Court stands at recess for the day.

Jury Trial is continued to Tuesday, September 29, 2015 at 9:00 a.m. in Las Vegas Courtroom 6A before Judge James C. Mahan.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk