

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) 2:14-CR-0388 JCM-GWF |
| | ) |
| VS. | ) |
| STEPHANIE LIANE MARKHAM | ) |
| | ) |
| Defendant, | ) |

### ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated: September 30, 2015

_____
JAMES C. MAHAN, U.S. District Judge