ROBERT L. LANGFORD, ESQ.
Nevada Bar No. 3988
ROBERT L. LANGFORD & ASSOCIATES
616 S. Eighth Street
Las Vegas, NV 89101
(702) 471-6565
robert@robertlangford.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE MARKHAM,<br><br>Defendant. | Case No.: 2:14-cr-00388-JCM-GWF<br><br>**STIPULATION TO MODIFY TERMS AND CONDITIONS OF SUPERVISION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Alison L. Anderson, United States Attorney, and Defendant STEPHANIE MARKHAM, by and through her counsel, Robert L. Langford, Esq., that:

1. Defendant STEPHANIE MARKHAM's conditions of supervision shall be modified so that she may travel for two weeks from August 24, 2019 to September 5, 2019, to Paris, France, and Monaco, to attend the anniversary celebration for the Lido de Paris. Ms. Markham was previously a performer in the show and would like to be able to celebrate the anniversary by attending the festivities.

2. Ms. Markham's supervising officer, Deanna Paige, has no objection to Ms. Markham taking the trip.

3. Ms. Markham will provide all the details of her travel arrangements to Ms. Paige in advance of her departure.

///

///

1

4. Ms. Markham will continue to be subject to any and all prohibition(s) pursuant to her supervision.

Dated this 29th day of July, 2019.

| ROBERT L. LANGFORD & ASSOCIATES | OFFICE OF THE UNITED STATES ATTORNEY |
|---|---|
| */s/ Robert L. Langford, Esq.* | */s/ Alison L. Anderson* |
| ROBERT L. LANGFORD, ESQ. | ALISON L. ANDERSON |
| *Attorney for Defendant* | United States Attorney |
| | *Attorney for Plaintiff* |

## **ORDER**

IT IS THEREFORE ORDERED that:

1. Defendant STEPHANIE MARKHAM's terms of supervision shall be modified so that she may travel for approximately two weeks, from August 24, 2019 to September 5, 2019, to Paris, France, and Monaco.

2. Ms. Markham will continue to be subject to any and all prohibition(s) pursuant to her supervision.

_____
THE HONORABLE JUDGE JAMES C. MAHAN

July 31, 2019
_____
DATE